Justice CASTILLE joins this dissenting opinion.

**Andrew Edward BALINK, III, Appellant,**

v.

**Donna KNAPP, Appellee.**

Supreme Court of Pennsylvania.

Submitted March 6, 2003.

Decided July 22, 2003.

***ORDER***

PER CURIAM.

AND NOW, this 22nd day of July, 2003, the appeal is dismissed as having been improvidently granted.